UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LOUIS KING, | No. 2:22-cv-02057-KJM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| K. CLARK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a motion for the appointment of counsel. ECF Nos. 7-8.

In the 76-page complaint, plaintiff is suing multiple defendants at various prisons located in this judicial district as well as outside of this judicial district. While the majority of the events giving rise to plaintiff's complaint occurred at Corcoran State Prison, he was also transferred to R.J. Donovan Correctional Facility as well as the California Medical Facility. ECF No. 1. The first group of defendants named in the complaint were employed at Corcoran State Prison and involve Eighth Amendment claims of excessive force, failure to protect plaintiff from harm, and deliberate indifference to plaintiff's safety. ECF No. 1. Plaintiff has joined these claims with additional allegations of threats to his safety by defendants employed at R.J. Donovan Correctional Facility. Although not conducting a screening of the complaint pursuant to 28

1

U.S.C. § 1915A, it does not appear to this court that the claims occurring at R.J. Donovan Correctional Facility are sufficient to state a cognizable claim for relief.  The complaint also names two medical doctors as defendants and alleges that they provided plaintiff with inadequate pain treatment for the injuries he sustained during the incidents of excessive force at Corcoran State Prison.  Plaintiff does not indicate where these medical defendants were employed.  Lastly, the complaint indicates that plaintiff's mail was being tampered with by various correctional officers.

Corcoran State Prison is located in Kings County, California which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).  R.J. Donovan State Prison is located in San Diego County for which venue is proper in the Southern District of California.  The California Medical Facility lies in Solano County which is part of this judicial district.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Because the complaint does not identify any defendant employed at the California Medical Facility, the court will transfer this action to the Fresno Division where the majority of the events occurred giving rise to this action.[1]  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis or his motion for the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis or his motion for the appointment of counsel.
2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

---

[1] A review of the court's docket further indicates that plaintiff previously filed a similar civil action in the Fresno Division of the Eastern District of California.  See King v. Vera, Case No. 1:22-cv-00331-SKO (E.D. Cal.).  Plaintiff voluntarily dismissed that action on April 20, 2022 in order to exhaust his administrative remedies.  See King v. Vera, Case No. 1:22-cv-00331-SKO, at ECF No. 9.

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: May 25, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/king2057.22